IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARLA GREEN and MICHAEL GREEN, )<br>)<br>Plaintiffs,                    )<br>)<br>v.                                      )<br>)<br>GOODYEAR DUNLOP TIRES NORTH   )<br>AMERICA, LTD.,                  )<br>)<br>Defendant.                )  | CV No:  08-472-GPM-PMF |

## **ORDER**

This matter coming before the Court on the Motion to Withdraw as Counsel for Plaintiff, Michael Green, filed by J. Michael Weilmuenster of Weilmuenster & Wigginton, P.C. (Doc. No. 49), and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Motion to Withdraw is granted and J. Michael Weilmuenster of Weilmuenster & Wigginton, P.C., is granted leave to withdraw as counsel for Plaintiff, Michael Green, in this matter.

IT IS SO ORDERED.

DATED: September 15, 2009.

*s/Philip M. Frazier*
United States Magistrate Judge