IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARLA GREEN and MICHAEL GREEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 08-472-GPM |
| ) | |
| GOODYEAR DUNLOP TIRES NORTH ) | |
| AMERICA, LTD ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL

Plaintiffs, Darla Green and Michael Green, through their attorneys, Weilmuenster & Wigginton, P.C. and Christopher F. Cueto, respectively, and defendant/counter-claimant Goodyear Dunlop Tires North America, Ltd., through its attorney, Greensfelder, Hemker & Gale, P.C., stipulate that all claims and causes of action in the above-entitled cause are to be dismissed with prejudice.

By _____
Stephen R. Wigginton, #6200459
Weilmuenster & Wigginton, P.C.
3201 West Main Street
Belleville, IL 62226
Attorney for Darla Green

By _____
Christopher F. Cueto, #6192248
Christopher Cueto, Ltd.
7110 West Main Street
Belleville, IL 62223

Attorney for Michael Green

By _____
Edward S. Bott, Jr., #3126866
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, MO 63102-1774
Attorney for Goodyear Dunlop Tires
North America, Inc.

1201329